# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2640
_____

THEODORE J. THOMPSON,

    Appellant,

    v.

ADMIRAL MANUFACTURING
HOUSING COMMUNITY; BRANDI
PARKER,

    Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

September 20, 2019

PER CURIAM.

DISMISSED. *Dedge v. Crosby*, 914 So. 2d 1055 (Fla. 1st DCA 2005) (holding mere phrase "with prejudice" does not make a final order of an order merely granting a motion); *Johnson v. First City Bank of Gainesville*, 491 So. 2d 1217 (Fla. 1st DCA 1986) (holding that an order granting a motion to dismiss with prejudice is "an order granting a motion, not an order dismissing the action" and is not final or appealable).

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

———————————————————

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

———————————————————

Theodore J. Thompson, pro se, Appellant.

No appearance for Appellees.